# Federal Defenders
## OF NEW YORK, INC.



One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

**Application Granted**
**SO ORDERED**
November 12, 2019 Brooklyn, New York
Dated: 1/12/2019

The Honorable Eric N. Vitaliano
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

Re: U.S.A. v. Mecheal Leslie, 19 CR 503 (ENV)

Your Honor:

I write to request a modification of Mr. Leslie's bond. The government and Pretrial Services have no objection to this request.

Mr. Leslie was released on a $50,000 bond, which restricted his travel to New York City and Long Island. Mr. Leslie runs his own trucking business, and believed that he would be able to hire drivers to cover his out of city and state trucking jobs. Unfortunately, paying a driver to take these jobs has not turned out to be financially viable. Mr. Leslie respectfully requests a modification of his bond to permit him to take out of city and state trucking jobs.

Mr. Leslie generally receives the bids for the jobs, in advance, and would be able to forward them to Pretrial Services. The bids show the dates of the jobs, and the pick up and delivery locations. Mr. Leslie usually bids on jobs that either begin or end in New York.

As noted above, I have confirmed that neither Assistant U. S. Attorney Gillian Kassner nor Pretrial Services Officer Lourdes Vazquez have any objection to this modification request. The modification would only extend to his business travel.

Respectfully submitted,

Mildred M. Whalen
Staff Attorney
(718) 330-1290

cc: Assistant U.S. Attorney Gillian Kassner, Esq.
U.S. Pretrial Services Officer Lourdes Vazquez
ECF